**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
 Coastal Brokerage Company of Southern California
**SSN:** N/A
**EIN:** 95−3341783

925 S Hooper Avenue
Los Angeles, CA 90021

**BANKRUPTCY NO.** 2:14−bk−16251−RN
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before February 17, 2015**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: November 12, 2014

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv rev. 10/11) VAN−10

**17 / G2**