Rosendo Gonzalez [State Bar No. 137352]
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

In re ) Case No. 2:14-16251-RN
) Chapter 7
COASTAL BROKERAGE COMPANY OF )
SOUTHE )
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
Debtor. )
)

TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto check(s) totaling $13,939.59 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

-1-

Dated: December __16__, 2016

_____
ROSENDO GONZALEZ
Chapter 7 Trustee

ATTACHMENT NO. 2

LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

| CLAIM NUMBER | CHECK NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT CLAIMED | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|---|---|
| | | COASTAL BROKERAGE COMPANY OF SOUTHERN<br>925 S HOOPER AVENUE<br>LOS ANGELES, CA 90021 | 0.00 | 0.00 | 0.00 | 13,939.59 |
| | | TOTALS: | 0.00 | 0.00 | 0.00 | 13,939.59 |

CASE NUMBER: 2:14-16251-RN

CASE NAME: COASTAL BROKERAGE COMPANY OF SOUTHE

* Total also includes employee taxes withheld.